**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 87-319-1 PHX-RCB** |
| Plaintiff, | **ORDER** |
| **vs.** | |
| **CHARLES R. WOOLSON,** | |
| Defendant. | |

A status conference was held with the defendant present by telephonic conference and counsel present in the courtroom,

IT IS ORDERED that the defendant, Charles R. Woolson, shall remain at FMC Butner pursuant to 18:4243(e) until further order of the Court.

IT IS FURTHER ORDERED a Status Conference is set for 10/15/12 at 10:00 a.m.

IT IS FURTHER ORDERED that the staff at FMC Butner shall prepare and deliver to the Court another annual forensic update regarding Charles R. Woolson within Fifteen (15) days prior to the Status Conference set on 10/15/12.

DATED this 17th day of October, 2011.

Robert C. Broomfield
Senior United States District Judge

cc: all counsel, FMC Butner